[No. 55829-3-I.   Division One.   October 3, 2005.]

GEORGIA AUSEN, *Respondent*, v. ANNA GIOVANNINI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-23996-8, Carol A. Schapira, J., entered March 2, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55831-5-I.   Division One.   October 3, 2005.]

*In the Matter of the Marriage of* CHIN-YEH WU, *Petitioner,* and WEN-SHAN WU, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-3-01835-5, Linda Lau, J., entered March 2, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55950-8-I.   Division One.   October 3, 2005.]

DAVID M. ESTES, *Appellant*, v. VASHON MAURY ISLAND FIRE PROTECTION DISTRICT No. 13 ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 05-2-02732-1, Deborah D. Fleck, J., entered March 15, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 32138-6-II.   Division Two.   October 4, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. RAYMOND RODRIGUEZ HARRIS, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00497-0, Stephen M. Warning, J., entered August 2, 2004. *Reversed* by unpublished opinion per Van Deren, A.C.J., concurred in by Houghton and Armstrong, JJ.